**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@musickpeeler.com
Steven J. Elie (State Bar No. 130566)
s.elie@musickpeeler.com
Laura K. Kim (State Bar No. 197944)
l.kim@musickpeeler.com

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOMINIC BARBAR, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 80, inclusive, <br><br> Defendants. | Case No. 2:18-cv-08758-RGK-MAA <br><br> ~~PROPOSED~~ **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **HONORABLE R. GARY KLAUSNER** <br><br> Action Filed: November 8, 2018 <br> Discovery Cut-off: September 6, 2019 <br> Trial Date: January 14, 2020 |

The Court having considered the Parties' Joint Stipulation For Dismissal With Prejudice, good cause appearing therefore, the entire action is dismissed with prejudice.

**IT IS HEREBY ORDERED.**

DATED: July 12, 2019

*/s/ Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
United States District Judge